908

petitioner. *George W. P. Whip* for Parker, respondent.

No. 714. UPDIKE ET AL., DOING BUSINESS AS UPDIKE AWNING CO., *v.* WEST ET AL. C. A. 10th Cir. Certiorari denied. *Glenn O. Young* for petitioners. *Frank Settle* and *E. O. Monnet* for West et al., respondents.

No. 741. REPUBLIC OF THE UNITED STATES OF BRAZIL, TRADING AS LLOYD BRASILEIRO, *v.* GENERAL FOODS CORP. C. A. 2d Cir. Certiorari denied. *Frank J. McConnell* for petitioner. *Henry N. Longley* and *John W. R. Zisgen* for respondent.

Nos. 526 and 527. SIOUX TRIBE OF INDIANS *v.* UNITED STATES. Court of Claims. Certiorari denied. *Ralph H. Case* and *James S. Y. Ivins* for petitioner. *Solicitor General Perlman, Assistant Attorney General Vanech* and *John R. Benney* for the United States.

No. 648. DEWAR *v.* HUNTER, WARDEN. C. A. 10th Cir. Certiorari denied. *Howard F. McCue* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan* for respondent.

No. 432, Misc. LOUGHRAN *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *Joseph Kadans* for petitioner.

No. 436, Misc. CULVER ET AL. *v.* CARTER OIL CO. ET AL. C. A. 6th Cir. Certiorari denied. *Thaddeus Greene Ben-*